FILED
MAY 2 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04cr1648-BTM |
| Plaintiff, | |
| v. | ORDER |
| ANGELICA LOPEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** for good cause shown, and pursuant to 18 U.S.C. § 3142(b)(1)(B)(iv), that Defendant Angelica Lopez shall be released from custody immediately.

—cpt SFH

**IT IS FURTHER ORDERED**, for good cause shown, that defendant Angelica Lopez shall appear before the Honorable Barry T. Moskowitz on Friday, September 7, 2007, at 1:30 p.m.

**SO ORDERED.**

Date: 5-25-2007

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Approved as to form: